IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of WOODLAND INTERIORS, INC., <br><br>  Plaintiff, <br><br> v. <br> BERKLEY SURETY GROUP, LLC, <br><br>  Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO.:  5:11-CV-298 <br> ) <br> ) <br> ) <br> ) |

**ORDER ALLOWING FOR EXTENSION OF TIME FOR
BERKLEY SURETY GROUP, LLC RESPOND TO COMPLAINT**

THIS COURT in receipt of WOODLAND INTERIORS, INC. and BERKLEY SURETY GROUP, LLC's consent request for an extension of time in which to respond to the Complaint filed in this matter and being fully advised under the premises, does hereby GRANT the request.  Berkley Surety Group, LLC shall have until on or before September 22, 2011 to respond to the Complaint.


Dated **September 8, 2011**           *s/ Hugh Lawson*
                                       U.S. DISTRICT COURT JUDGE